**GULF PIPE LINE COMPANY et al., Appellants, v. N. KADERLI, Appellee.  (No. 2107.)**

Court of Civil Appeals of Texas.  El Paso. Oct. 27, 1927.

Rehearing Denied Nov. 17, 1927.

Appeal from District Court, Martin County; Chas. L. Klapproth, Judge.

J. M. Caldwell, of Midland, and David W. Stephens, of Fort Worth, for appellants.
Allen Reed, of Dallas, for appellee.

PELPHREY, C. J.  This case is a companion case to the case of Gulf Pipe Line Company et al. v. Thomason (No. 2106) 299 S. W. 532, this day decided by this court.  The pleadings are substantially the same in both cases, and the evidence and issues are identical.

Our decision in that case controls the disposition of the present one, and reference is here made to that opinion for a discussion of the issues involved.

Reversed and rendered.